IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
~~EASTERN~~ DIVISION
Central (B)

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JUL 06 2021
TAMMY H. DOWNS, CLERK
By: _____, DEP CLERK

CHERRELL BAKER             PLAINTIFF

VS         CASE NO. 4:21CV602-LPR

JOSHUA LEE GORE
BETH ECHOLS             DEFENDANTS

## CIVIL COMPLAINT

Come now, Plaintiff, Cherrell Baker, with her Civil Complaint states;

Plaintiff states that this Honorable: United States District Court do have jurisdiction over this matter.

This case assigned to District Judge Rudofsky
and to Magistrate Judge Ervin.

On or about October 14, 2013, Plaintiff/Assignor was served with a Notice to Appear in Pulaski County Circuit Court concerning a Ex-Parte Motion for Change of Custody and Defendant, Joshua Lee Gore was represented by Defendant, Beth Echols, #02203, private Attorney from Gill Ragon Owen, P.A located at 425 W. Capitol Avenue, Suite 3801, Little Rock, Arkansas 72201, Phone (501) 376-3800, during this hearing. After reviewing Defendant's, Emergency Ex-Parte Motion for Change of Custody electronically filed October 11, 2013, it's clear that the State of Arkansas, Office of Child Support Enforcement did not take any legal action against Plaintiff/Assignor. And Defendant, Beth Echols, Attorney for Defendant, Joshua Lee Gore, did not work for the State of Arkansas, Office of Child Support Enforcement. Therefore, the format of the

1

Emergency Ex-Parte Motion for Change for Custody should have read: Joshua Lee Gore, Plaintiff vs. Cherrell Baker, Defendant. And

Defendant's Attorney did not argue against the State of Arkansas, Office of Child Support Enforcement during this matter but argued against Assignor/Plaintiff. See, Exhibit (A), Emergency Ex-Parte Motion for Change of Custody for review. Also, See, Arkansas Rules Criminal Procedure Rule 1.7 which states: (a) except as provided in paragraph (b) a lawyer s hall not represent a client if the representation involves a concurrent of interest, a concurrent conflict of interest exists if: (1) the representation of one client will be directly adverse to another client or (2) there is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer. Here the Defendant's, Joshua Lee Gore and his attorney, Beth Echols knew or should of known that once hired by the Defendant Joshua Lee Gore, the proceeding takes a change of course, toward the proper legal proceedings and not to pretend to be and not impersonate an Attorney for the State of Arkansas, Office of Child Support Enforcement, that resulted in fraudulent in the Circuit Court during hearing on October 11, 2013, which showed prejudice and racial discrimination towards Plaintiff and also causing Plaintiff's, 1st and 14th Amendment Rights to be violated causing Plaintiff unwanted mental stress.

## Conclusion

Wherefore: Plaintiff pray that this Honorable: United States District Court grant Plaintiff's, Civil Complaint against both Defendants and Plaintiff be awarded for Defendants perjury, fraudulent behavior in the amount of 2 million dollars, for racial discrimination in the amount of 2 million dollars, for prejudice in the amount of 2 million dollars, and for punitive damages in the amount of 5 million dollars, and all other relief deem, just, and proper.

*Cherrell Baker*
Cherrell Baker
3802 W. 17th Street
Little Rock, Ar 72204
Phone: 501-766-7375

## Certificate of Service

I, Plaintiff, Cherrell Baker, do hereby certify, that the foregoing, Civil Complaint was served by U.S. Certified Restricted Delivery and Process Service to Defendant, Joshua Lee Gore on this 6th day of July, 2021 to defendants:

*Cherrell Baker*

Joshua Lee Gore
21535 Roscoe Blvd, Apt. 220
Canoga Park, CA 91304

Beth Echols
Gill Ragon Owen, P.A.
425 W. Capitol Ave. Ste. 3801
Little Rock, AR 72201



ELECTRONICALLY FILED
2013-Oct-11 12:03:01
60DR-11-478

## IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
## FIFTEENTH DIVISION

| | |
|---|---|
| **STATE OF ARKANSAS** | **PLAINTIFF** |
| **OFFICE OF CHILD SUPPORT ENFORCEMENT** | |
| v.  NO. DR-2011-478 | |
| **JOSHUA GORE** | **DEFENDANT** |
| **CHERRELL BAKER** | **ASSIGNOR** |

### EMERGENCY EX-PARTE MOTION FOR CHANGE OF CUSTODY

COMES NOW the Defendant, Joshua Gore, by and through his attorneys, Gill Ragon Owen, P.A., and for his Emergency Ex Parte Motion for Change Custody states as follows:

1. That Defendant, Joshua Gore, resides at 89 S. Meadowcliff Drive, Little Rock, Arkansas 72209.

2. That three minor children, namely, AG, CG, and EG, were born out of wedlock. The Defendant is the father of the children. Paternity has been established in AG and EG. The Plaintiff seeks a finding of paternity in CG, and the Defendant admits that a finding of paternity should ensue immediately. The default judgments of paternity are attached as Exhibits 1 and 2, and the request for paternity in CG is attached as Exhibit 3. Each is incorporated by reference herein.

3. That the Assignor, Cherrell Baker, is the mother of the children. She currently resides in Pulaski County with her boyfriend, Edward Jones.

4. That jurisdiction and venue are proper herein.

5. That the Defendant is the fit parent to raise the minor children.

6. That the Defendant has assumed responsibilities toward the minor children by providing care, supervision, protection, and financial support for the children. The minor

Ex. A Cont.'

```
ELECTRONICALLY FILED
2013-Oct-18  16:34:33
    60DR-11-478
```

### IN THE CIRCUIT COURT OF PULASKI COUNTY, ARKANSAS
### FIFTEENTH DIVISION

**STATE OF ARKANSAS**  **PLAINTIFF**
**OFFICE OF CHILD SUPPORT ENFORCEMENT**

v.                    **NO. DR-2011-478**

**JOSHUA GORE**                            **DEFENDANT**

**CHERRELL BAKER**                         **ASSIGNOR**

### RESPONSE TO MOTION FOR CONTINUE (sic)

COMES NOW the Defendant, Joshua Gore, by and through his attorneys, Gill Ragon Owen, P.A., and for his Response to Motion for Continue (sic) (hereinafter "Motion") states as follows:

1. To the extent Paragraph 2 contains allegations, the Defendant denies same. The Assignor appears to believe that she must pay for her own drug test which is inaccurate. The Defendant/Mr. Gore has already made payment arrangements with A Test.

2. To the extent Paragraph 3 contains allegations, the Defendant denies same.

3. The Defendant vehemently objects to a continuance of the hearing of this matter.

**WHEREFORE,** Defendant prays that this Court deny the Assignor's Motion for Continue (sic), and for any and all other relief to which he may be entitled.

GILL RAGON OWEN, P.A.
425 W. Capitol Avenue, Suite 3801
Little Rock, Arkansas 72201
(501) 376-3800

By: *Beth Echols*
Beth Echols #02203

98