IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CHERRELL BAKER**                                                                               **PLAINTIFF**

**v.**                                        **Case No. 4:21-cv-00602-LPR**

**JOSHUA LEE GORE;**
**BETH ECHOLS**                                                               **DEFENDANTS**

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 28th day of July, 2021.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).